# PetersonDelleCave LLP
Attorneys at Law

Woolworth Building
233 Broadway, Suite 1800
New York, NY 10279
(212) 240-9075

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

April 9, 2020

Re:   <u>Justo v. Nassau County et al.</u>
      2:18-CV-05526 (JMA)(AYS)

Your Honor:

I am writing to check on the status of the settlement conference scheduled for April 16, 2020 at 12:00 p.m. before your Honor.

Yours sincerely,

/s/

Duncan Peterson