UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JOSE JUSTO,

                              Plaintiff,

              -against-

NASSAU COUNTY, POLICE OFFICER JOHN GIOVANIELLO, and POLICE OFFICER FRANK PONTILLO, individually and in their capacity as members of the Nassau County Police Department,

                             Defendants.

------------------------------------------------------------------------ x

**STIPULATION OF DISCONTINUANCE**

Index No. 2:18-cv-05526 (JMA) (AYS)

      IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned attorneys for the respective parties that whereas no party is an infant or incompetent person for whom a committee has been appointed, the above entitled action be, and the same hereby is discontinued **with prejudice** and without costs.

      IT IS FURTHER STIPULATED AND AGREED that facsimile and/or electronic signatures to this stipulation may be treated and deemed as original signatures, that this Stipulation may be executed in one or more counterparts and that this Stipulation may be filed without further notice with the Clerk of Court.

Dated: October __15__, 2020
     __Queens__, New York

**FOR PLAINTIFF:**

PetersonDelleCave LLP

BY: _____

    Woolworth Building
    233 Broadway, Suite 1800
    New York, NY 10279
    *Attorneys for Plaintiff*

Dated: October 6, 2020
     Mineola, New York

**FOR COUNTY DEFENDANT:**

JARED A. KASSCHAU
Nassau County Attorney

BY: *Andrew R. Fuchs*
    Andrew R. Fuchs, Esq.
    Deputy County Attorney
    One West Street
    Mineola, New York 11501
    *Attorneys for County Defendant*